FILED – USDC –NH
2023 NOV 3 PM 1:17

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John R. Griffin, Jr.

Plaintiff(s)

v.

Summit Properties

Defendant(s)

COMPLAINT

## Parties to this Complaint

Plaintiff(s)'s Name, Address and Phone Number

John R. Griffin, Jr.
P.O. Box 623
Littleton, NH 03561
603 688 5002

Defendant(s)'s Name, Address and Phone Number

Summit Properties
7 Aspen Drive, Unit 1
South Burlington, VT 05403

802 846 5430

USDCNH-102 (Rev. 5/7/13)   Page 1 of 5

## Jurisdiction and Venue:
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

On page four of the Summit property Job application, the applicant is questioned as to his/her vaccine status of the mRNA COVID-19 experimental vaccine. Applicants are told they "should be fully vaccinated against COVID-19 unless you have a valid religious or medical exemption." This is coercion as part of an employment process.

Under US Code of Federal Regulations 21 C.F.R. §50.23, 21 C.F.R. §50.24 it is illegal to make anybody participate in an experimental program using coercion.

18 U.S. Code, Section 2331, subsection 802 of the Patriot Act, "anytime a U.S. Citizen or government in the U.S." is forced to do something that it would not otherwise do. This is not only coercion, but domestic terrorism. 18.U.S.C.§ 2339. Conspiring to commit acts of terrorism.

18 U.S. Code Section 2331: Perpetrating coercion on behalf of WHO dictates to get as many people as possible to take the mRNA COVID-19 gene therapy that is known to cause myocarditis, unnatural clotting of blood vessels, stroke, heart attacks AKA: Myocardial infarction and a host of other serious illnesses and death which involves acts dangerous to human life that are a violation of criminal laws of the United States · RE: 21 CFR §50.23 and 21 CFR §50.24. Intimidating US citizens seeking gainful employment. COERSION: To work for us you must be injected with experimental COVID-19 mRNA gene therapy.

## Statement of Claim:
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

1.) I applied for the position in the attached job application.

2.) Within an hour of submitting the job application, they emailed me back since I told them asking for vaccine status is a violation of federal HIPPA statutes. My Application rejected.

3.) Coersion to be injected with an experimental gene therapy, known to cause harm, is a violation of U.S. law. See prior page.

4.) Harm.
As result of Summit Property's quick refusal to employ me as to my informed concerns of thier COVID-19 policies, I now work in a factory setting, with a shattered cuboid bone poorly healed in right foot, bad Rt knee with severe arthritic degeneration, & hours on my feet on a concrete floor, breathing in chemical fumes, particulate matter, including oil aerosoled, to earn a decent wage. All this rather than working in the environment outlined in the Summit Property MGT. job application.

5.) The COVID-19 policies of Summit Property MGT. are precisely the same as the Jim Jones cult in Guyana: "The koolaid only works if everyone drinks it." This is clearly the mindset of Summit Property Management Policy makers.

6.) This policy of Summit Property Management is a crime against humanity in the name of Mass formation hysteria, mental illness, to coerce others to engage in thier fear based delusions.

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

1.) To be reconsidered for employment.

2.) To be paid a year's salary as I applied for this position right before I took my current job.

3.) To be awarded appropriate pain and suffering resultant from denial of employment for my stance on Summit Property Management's COVID-19 policy. $20,000.00

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☒ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 10-25-2023

Signature: *[signed]*

## VIOLATIONS OF THE NUREMBERG DCODE

1.) Was the public given "Voluntary consent"?
   NO. They were lied to; told the mRNA injections were "safe and effective."
2.) Was the result good for society?
   NO. It did not stop transmission of covid and was harmful; damaged immunity response, Myocarditis, Bells Palsy, stroke, unnatural blood vessel clotting, death, miscarriage.
3.) Was there prior experimentation on animals? YES. They died.
4.) Did they "avoid all unnecessary physical or mental injury"? NO. 24/7 propaganda coercion from employers, media and government.
5.) Did they stop possible "lethal or disabling procedures"? NO. The government continued to push injections despite debilitating side effects and potential deaths. (reference athletes dropping dead) They went to great lengths to censor those reporting negative effects of the mRNA injections and cover up VAERS reports.
6.) Did the benefits out weigh the degree of risk? NO. Greater than 99% of people were not at risk from death from SARS-COV-2 & the experimental mRNA shots did not prevent transmission of covid-19.
7.) Were proper preparations and facilities prepared to prevent "remote possibilities of injury, or death? NO.
8.) Were the experimentations conducted by only the "scientifically qualified" ? NO. Scientists who spoke out about the mRNA injections were silenced, censored and intimidated by government agencies.
9.) Can participants "freely end the experiment'? no. Permanent alterations have been made to their bodies by mRNA technology , that cannot be undone, at this time.
10.) Did they stop the experiment when it proved to be dangerous? NO. They wanted to hide the trial experiment documents for 75 years. They were sued and those documents were published. The government abused emergency powers to silence and censor US citizens who spoke out about the dangers of the mRNA genetic "therapy" on social media.




# Community Manager

Summit Properties

1 Parker Village, Littleton, NH 03561

$35,000 - $45,000 a year  - Full-time

**Applied**

 **Application submitted**

You applied to this job on December 15, 2022

View All Applied Jobs

## Profile insights

Your Profile might be **missing** qualifications mentioned in the job description

*Skills*

Property management  ?

Do you have experience in **Property management**?         **Yes**     **No**

## Job details

Matches job preferences you are Interested in

**Salary**

$35,000 - $45,000 a year ✓

**Job Type**

  We have detected that you have the global privacy control (GPC) signal enabled. Please click **Privacy settings** to exercise your privacy rights.        ✕

If you wish to continue using Indeed without updating your privacy settings at this time, you may close this banner at any time.

**Privacy settings**

## Qualifications

- Property management: 2 years (Preferred)
- Microsoft Office: 2 years (Preferred)

## Benefits

*Pulled from the full job description*

`Dental insurance`  `Disability insurance`  `Employee assistance program`  `Family leave`
`Flexible schedule`  `Health insurance`

**Show 5 more benefits**

## Full Job Description

Summit Properties seeks 32 hour per week Property Manager for to support a 50 unit housing complex in Littleton, New Hampshire. Schedule is flexible. The Community Manager will work with and oversee the on-site Maintenance Technician.

Candidate will need to be able to work independently, manage time effectively, be attentive to details and willing to tackle challenges and solve problems!

Specific duties and job responsibilities include, but are not limited to:

- Rent collection
- Tenant Customer Service
- Maintenance Coordination
- Some administrative tasks and reporting
- Leasing apartments
- Vendor coordination

Skills and Experience Requirements:

- Ability to work in dependently and manage time
- Exceptional organizational and communication skills.
- High level of competency in learning new computer and technology skills.
- Proficiency in the Microsoft Office Suite of products including Excel, Word & Outlook

ⓘ  We have detected that you have the global privacy control (GPC) signal enabled. Please click **Privacy settings** to exercise your privacy rights.                                                               ✕

If you wish to continue using Indeed without updating your privacy settings at this time, you may close this banner at any time.

**Privacy settings**

## Who We Are:

Summit Properties is a developer, builder, and manager of affordable and market-rate housing in Vermont, New Hampshire, and up-state New York. Over the last 5 years, we have added nearly 10 employees and over 500 apartments to our portfolio. We currently manage 1400+ apartments and are embarking on several new development projects in 2022. It is a very busy and exciting time to be working at Summit Properties!

**Our mission:**

"Building communities through high quality, well-maintained, and affordable rental housing by connecting owners, managers, and developers."

**Our Philosophy:**

We are a well-established family-run local company who strives for excellence in business while allowing for a balance between work and personal life. We expect you to be hard working, attentive to deadlines, and get your job done efficiently and completely. However, these demands are balanced by our understanding of the value of family life, friendships, enjoying the outdoors, health and personal well-being. We encourage exercise, utilizing time off, and overall health and wellness.

**Our website:**

www.SummitPMG.com

**What We Offer:**

- Generous Paid Time Off policy
- IRA with employer match
- Employer-paid short- & long-term disability
- Employer-paid Life-Insurance policy
- Significant contribution to health insurance plan
- Dental & vision plans payable with payroll deduction
- Excellent family leave policy
- Fully paid cell phone

Salary is commensurate with experience.

Job Type: Full-time

Pay: $35,000.00 - $45,000.00 per year

Benefits:

We have detected that you have the global privacy control (GPC) signal enabled. Please click **Privacy settings** to exercise your privacy rights.

If you wish to continue using Indeed without updating your privacy settings at this time, you may close this banner at any time.

**Privacy settings**

Schedule:

- Day shift
- On call

Supplemental pay types:

- Bonus pay

Ability to commute/relocate:

- Littleton, NH 03561: Reliably commute or planning to relocate before starting work (Required)

Application Question(s):

- Applicant should be fully vaccinated against COVID-19 unless you have a valid religious or medical exemption. Are you currently vaccinated or in the process of getting vaccinated against COVID-19?

Experience:

- Property management: 2 years (Preferred)
- Microsoft Office: 2 years (Preferred)

Work Location: One location

## Hiring Insights

Hiring **1** candidate for this role

**Job activity**

Posted 4 days ago

## Location

1 Parker Village, Littleton, NH 03561



 We have detected that you have the global privacy control (GPC) signal enabled. Please click **Privacy settings** to exercise your privacy rights.   ×

If you wish to continue using Indeed without updating your privacy settings at this time, you may close this banner at any time.

**Privacy settings**