```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

John R. Griffin, Jr.

    v.                                                              Case No. 23-cv-493-JL-TSM

Summit Properties

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 17, 2024.

**SO ORDERED.**

                                                                      _____
                                                                      Joseph N. Laplante
                                                                      United States District Judge

Date: April 30, 2024

cc:   John R. Griffin, Jr., pro se