UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John R. Griffin, Jr.

    v.

Summit Properties

Case No. 23-cv-493-JL-TSM

JUDGMENT

Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated April 30, 2024, approving the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 17, 2024.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: April 30, 2024

cc:   John R. Griffin, Jr.